# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARCO MIGUEL ROBERTSON,

Petitioner,

v.

FEDERAL BUREAU OF PRISONS, et al.,

Respondents.

Civil Action No. 3:12-cv-322

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW** this  14th  day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED.**

(2) The Action is **DISMISSED WITHOUT PREJUDICE**.

(3) Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 3) is **GRANTED** solely for the purpose of filing the instant action.

(4) A Certificate of Appealability **SHALL NOT ISSUE**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge