IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARCO MIGUEL ROBERTSON, | |
| Petitioner, | Civil Action No. 3:12-cv-322 |
| v. | |
| FEDERAL BUREAU OF PRISONS, et al., | (JUDGE CAPUTO) |
| Respondents. | (MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW** this <u>14th</u> day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 6) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 6) is **ADOPTED.**

(2) The Action is **DISMISSED WITHOUT PREJUDICE**.

(3) Plaintiff's Motion to Proceed *in forma pauperis* (Doc. 3) is **GRANTED** solely for the purpose of filing the instant action.

(4) A Certificate of Appealability **SHALL NOT ISSUE**.

(5) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo<br>
A. Richard Caputo<br>
United States District Judge